# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 06-00030-01-CR-W-DW |
| BRIAN K. HANDLEY, | ) |
| Defendant. | ) |

## ORDER

Before the Court is Magistrate Judge Robert E. Larsen's Report and Recommendation (Doc. 63), which recommends that the undersigned enter an order finding that the Defendant is competent to stand trial and to assist in his defense. Neither party filed an objection to the Report and Recommendation.

After an independent review of the record and the applicable law, it is hereby ORDERED that the Court ADOPTS the Magistrate's Report and Recommendation (Doc. 63) that the Defendant is competent to stand trial and to assist in his defense. Accordingly, the Court orders that the Magistrate's Report and Recommendation be attached to and made a part of this Order.

IT IS SO ORDERED.

Date:  October 14, 2011                /s/ Dean Whipple
                                                                                                                Dean Whipple
                                                                                                    United States District Judge